STATE v. DAVIS

No. 8 PC.

Case below: 37 N.C. App. 173.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 October 1978.

STATE v. HALL

No. 111.

Case below: 37 N.C. App. 616.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 October 1978.

STATE v. HARRIS

No. 190 PC.

No. 113 (Fall Term).

Case below: 36 N.C. App. 652.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 4 October 1978.

STATE v. LANCASTER and FLACK

No. 49 PC.

Case below: 37 N.C. App. 528.

Petition by defendant Flack for discretionary review under G.S. 7A-31 denied 4 October 1978.

STATE v. McCARN

No. 9 PC.

Case below: 37 N.C. App. 458.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 October 1978.